

TEDD S. LEVINE
ADMITTED IN, NY, NJ, CT

LAWOFFICESOFTEDDSLEVINE@GMAIL.COM

MAIN OFFICE
HAUPPAUGE CENTER
150 MOTOR PARKWAY, SUITE 401
HAUPPAUGE, NY 11788
TELEPHONE 516-294-6852
FACSIMILE 516-294-4860

31 DOCK ROAD
REMSENBURG, NY 11960

*Via email* [ecfhelp@njd.uscourts.gov]

December 8, 2020

Clerk of the Court, ECF Help Desk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:  **Wharton LH LP v. Tri-Coastal Design Services, LLC., et al.**
          **Case No.: 2:20-cv-18008-JMV-JBC**

Dear Clerk of the Court:

      This office represents defendants in this matter.  On December 3, 2020, a Notice of Removal was filed for the above captioned case.  Inadvertently, however, one of the defendants, namely, Tri-Coastal Design Services, LLC was not added to the docket.  To that end, we request that a correction be made to include such party.

      Thank you for your anticipated understanding and assistance in correcting this oversight.

                           Respectfully,

                           LAW OFFICES OF TEDD S. LEVINE, LLC

                     By:   /s/ *Tedd S. Levine*
                           Tedd S. Levine, Esq.

TSL/tl