

TEDD S. LEVINE
ADMITTED IN, NY, NJ, CT

THE LAW OFFICES OF
TEDD S. LEVINE, LLC
LAWOFFICESOFTEDDSLEVINE@GMAIL.COM

MAIN OFFICE
HAUPPAUGE CENTER
150 MOTOR PARKWAY, SUITE 401
HAUPPAUGE, NY 11788
TELEPHONE 516-294-6852
FACSIMILE 516-294-4860

31 DOCK ROAD
REMSENBURG, NY 11960

*Via ECF*

December 31, 2020

Clerk of the Court
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  **Wharton LH LP v. Tri-Coastal Design Services, LLC., et al.**
     **Case No.: 2:20-cv-18008-JMV-JBC**
     **REQUEST TO ADJOURN PURSUANT TO L.Civ.R. 7.1(d)(5)**

Dear Clerk of the Court:

   This office represents defendants in this matter.  On December 3, 2020, a Notice of Removal was filed for the above captioned case.  On December 24, 2020, Plaintiff filed a motion to Remand currently returnable January 19, 2021.

   This letter shall serve as a request to adjourn the return date for the above referenced motion to February 1, 2021 pursuant to L.Civ.R. 7.1(d)(5).  The originally noticed motion day has not been previously extended or adjourned.  Opposition papers are due on or before January 5, 2021.

                              Respectfully Submitted,

                              LAW OFFICES OF TEDD S. LEVINE, LLC

                              By:___/s/ *Tedd S. Levine*_____
                                    Tedd S. Levine, Esq.

TSL/tl